**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-20848 | JRS | Judge: | James R. Sacca | Trustee Name: | Bradley J. Patten, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Castlerock Development Services, Llc | | | | Date Filed (f) or Converted (c): | 08/26/2022 (c) |
| | | | | | 341(a) Meeting Date: | 10/03/2022 |
| For Period Ending: | 12/31/2022 | | | | Claims Bar Date: | 04/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. South State Bank Business Checking | 269.47 | 0.00 | | 0.00 | FA |
| 2. Pinnacle Bank Business Checking | 26,948.24 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable 90 days old or less | 627,785.37 | Unknown | | 0.00 | Unknown |
| 4. Accounts Receivable Over 90 days old | 130,099.84 | Unknown | | 0.00 | Unknown |
| 5. 2 filing cabinets, large desk, chair, small desk and chair, chair, conference table with 6 chairs, bookcase | 4,225.00 | 0.00 | | 0.00 | FA |
| 6. Office equipment--TV, 2 printers, cordless phone | 1,035.00 | 0.00 | | 0.00 | FA |
| 7. 2021 Chevorlet Silverado 1500 | 43,158.48 | 0.00 | | 0.00 | FA |
| 8. 2021 Chevorlet Silverado 3500 | 72,655.70 | 0.00 | | 0.00 | FA |
| 9. Finn T-120T Hydroseeder MR-4243 | 30,000.00 | 0.00 | | 0.00 | FA |
| 10. Grapple Bucket, concrete breaker, pallet forks, hay spear, smooth bucket, bush hog cutter, harley rake, Bradco Hi Flow Trencher, Bradco X1975 36" Auger Bit | 26,400.00 | 0.00 | | 0.00 | FA |
| 11. 2015 and 2021 Dahlonega Highway, Cumming GA 30040 (Lease) | 0.00 | 0.00 | | 0.00 | FA |
| 12. Counter claim against Synergy Rents LLC | Unknown | Unknown | | 0.00 | Unknown |
| 13. Counter claim against B & J Supply LLC | Unknown | Unknown | | 0.00 | Unknown |
| 14. Counter claim against Herc Rentals, LLC | Unknown | Unknown | | 0.00 | Unknown |
| 15. Counterclaim against Marietta Materials, Inc. | Unknown | Unknown | | 0.00 | Unknown |
| 16. Counterclaim against Yancey | Unknown | Unknown | | 0.00 | Unknown |
| 17. Accounts Receivable Lennar Corp  (u) | 0.00 | 6,873.57 | | 6,873.57 | FA |
| 18. Georgia Power Refund  (u) | 0.00 | 62.01 | | 62.01 | FA |
| 19. United Community bank account  (u) | 0.00 | 5,496.23 | | 5,496.23 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $962,577.10 | $12,431.81 | | $12,431.81 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's case was converted to a Chapter 7 bankruptcy on 8/26/2022. Debtor created a number of debts while in its Chapter 11 bankruptcy. The Chapter 7 Trustee is retaining special counsel to review and pursue accounts receivable and any available claims resulting from distributions. Note: The Court entered an order on 1/12/2023 (Docket No. 196) allowing employment of special counsel.

Initial Projected Date of Final Report (TFR): 01/31/2024        Current Projected Date of Final Report (TFR): 01/31/2024

Trustee Signature:    /s/ Bradley J. Patten, Trustee    Date: 01/30/2023

Bradley J. Patten, Trustee
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA  30503
(770) 536-3381

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 21-20848 | Trustee Name: | Bradley J. Patten, Trustee |
| Case Name: | Castlerock Development Services, Llc | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0690 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3525 | Blanket Bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 12/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 10/14/22 | | Lennar Corporation<br>Lennar Georgia, LLC<br>Atlanta Homebuilding Division<br>100 Holcomb Woods Parkway<br>Bldg. 400 STE 300<br>Gainesville, GA 30501 | Accounts Receivable Lennar Corp | 1121-000 | $6,873.57 | | $6,873.57 |
| 10/14/22 | 17 | Lennar Corporation | Accounts Receivable Lennar Corp | 1221-000 | $6,873.57 | | $13,747.14 |
| 10/14/22 | | Lennar Corporation<br>Lennar Georgia, LLC<br>Atlanta Homebuilding Division<br>100 Holcomb Woods Parkway<br>Bldg. 400 STE 300<br>Gainesville, GA 30501 | Accounts Receivable Lennar Corp Reversal<br>Printer error on deposit slip. | 1121-000 | ($6,873.57) | | $6,873.57 |
| 11/17/22 | 18 | Georgia Power<br>PO Box 105537<br>Atlanta, GA 30348 | Overpayment Credit from Georgia Power | 1229-000 | $62.01 | | $6,935.58 |
| 11/28/22 | 19 | United Community Bank | Closing account for Castlerock Development Services, LLC | 1229-000 | $5,496.23 | | $12,431.81 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.56 | $12,424.25 |

|  |  |  |
|---:|---:|---:|
| COLUMN TOTALS | $12,431.81 | $7.56 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,431.81 | $7.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,431.81 | $7.56 |

|  |  |  |
|---:|---:|---:|
| Page Subtotals: | $12,431.81 | $7.56 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0690 - Checking | $12,431.81 | $7.56 | $12,424.25 |
|  | $12,431.81 | $7.56 | $12,424.25 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,431.81 |
| Total Gross Receipts: | $12,431.81 |

Trustee Signature:   /s/ Bradley J. Patten, Trustee   Date: 01/30/2023

Bradley J. Patten, Trustee
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA  30503
(770) 536-3381

Page Subtotals:   $0.00   $0.00